# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2008

135835

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN THE MATTER OF

HONORABLE STEVEN R. SERVAAS
JUDGE, 63RD DISTRICT COURT

BEFORE THE JUDICIAL TENURE COMMISSION

_____

     On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered and Honorable Casper O. Grathwohl is appointed Master to hear Formal Complaint No.84.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2008

_____
Clerk